Jamaica Station
Jamaica, NY 11435-4380
718 558-8254 Tel
718 657-9047 Fax

Phillip Eng
President



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

July 8, 2021

Magistrate Judge Hon. Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application GRANTED. The Initial Pretrial Conference scheduled for July 14, 2021 is adjourned until Monday, August 16, 2021 at 11:00 a.m. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 12. SO ORDERED.
> Dated: July 8, 2021

   Re: Miriam Martial vs. The Long Island Railroad Company
      Docket No.: 21-cv-01721

Dear Judge Aaron:

This matter is currently scheduled for a conference on July 14, 2021. Defense counsel is away from July 12th through the 16th and August 1st through the 7th. With the consent of plaintiff's counsel already received, we respectfully request the conference be adjourned to a date outside of the two afore-mentioned weeks.

Thank you in advance for your courtesy.

Yours etc.,
Paige Graves, Esq.
Vice-President, General Counsel & Secretary


By: _____*Thomas L. Chiofolo*_____
   Thomas L. Chiofolo, Esq.

cc: Fredric M. Gold
   Fredric M. Gold, PC

*The agencies of the MTA*
MTA New York City Transit   MTA Metro-North Railroad   MTA Capital Construction
MTA Long Island Rail Road   MTA Bridges and Tunnels   MTA Bus Company