Jamaica Station
Jamaica, NY 11435-4380
718 558-8254 Tel
718 657-9047 Fax

Phillip Eng
President

                         el & Secretary

**MTA Long Island Rail Road**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

July 28, 2021

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The Initial Pretrial Conference scheduled for August 16, 2021 at 11:00 a.m. is rescheduled to 9:30 a.m. the same day. SO ORDERED.
Dated: July 29, 2021

      Re:      Miriam Martial vs. The Long Island Railroad Company
                  Docket No.:  21-cv-01721

Dear Judge Aaron:

This matter is currently scheduled for a conference on August 16, 2021 at 11:00 a.m. Defense counsel has been ordered to appear in-person in the Trial Scheduling Part of Supreme Court of Queens County on that date at that exact time. Counsel cannot participate in this telephonic conference due to this in-person appearance. Counsel, with consent of plaintiff's counsel, respectfully requests this conference be held at 9:30 a.m. or 2:00 p.m. on the 16th, or alternatively, on August 17, 2021.

Thank you in advance for your courtesy and understanding.

Yours etc.,
Paige Graves, Esq.
Vice-President, General Counsel & Secretary

By: _____*Thomas L. Chiofolo*_____
         Thomas L. Chiofolo, Esq.

cc:    Fredric M. Gold
       Fredric M. Gold, PC

*The agencies of the MTA*
MTA New York City Transit     MTA Metro-North Railroad     MTA Capital Construction
MTA Long Island Rail Road     MTA Bridges and Tunnels     MTA Bus Company