```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miriam Martial,

                Plaintiff,

-against-

The Long Island Railroad Company,

                Defendant.

1:21-cv-01721 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Whereas, discovery in this action closed on February 17, 2022, it is hereby Ordered that, no later than Tuesday, March 1, 2022, the parties shall file a joint letter indicating whether either party intends to file a dispositive motion and/or whether they would like to be referred to the Court's mediation program.

**SO ORDERED.**

DATED:    New York, New York
               February 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge